■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HASAN RAQIYB, Also Known as CHARLES JACKSON, Appellant, v CHARLES BRUNELLE, as Superintendent of Wende Correctional

Facility, et al., Respondents. [723 NYS2d 741] —Judgment unanimously affirmed without costs (*see, People ex rel. Douglas v Vincent*, 50 NY2d 901, 903). (Appeal from Judgment of Supreme Court, Erie County, Mahoney, J.—Habeas Corpus.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Burns, JJ.